United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **MIRIAM TAMARA CRUZ BENAVIDEZ,** | § § § § | |
| **Petitioner,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:26-CV-00392** |
| **MIGUEL VERGARA,** *et al.*, | § § § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Pending before the Court is Petitioner Miriam Tamara Cruz Benavidez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) The Court ordered Respondents to respond to the Petition by March 20, 2026, and ordered Petitioner to reply to Respondents' Response by March 24, 2026. (Dkt. 4.) Subsequently, the Court granted Respondents' Motion to Extend Response Deadline to April 6, 2026. (Dkts. 9, 10.) Respondents filed a timely response thereafter. (Dkt. 11.)

The Court ORDERS Petitioner to reply to Respondents' Motion for Summary Judgment, (Dkt. 11), by **<u>April 10, 2026</u>**. In Petitioner's reply, Petitioner must include information regarding the date of Petitioner's entry into the United States.

IT IS SO ORDERED.
SIGNED this April 7, 2026.

Diana Saldaña
United States District Judge

1 / 1