United States District Court
Southern District of Texas
**ENTERED**
April 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **MIRIAM TAMARA CRUZ BENAVIDEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00392** |
| | § | |
| **MIGUEL VERGARA,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Miriam Tamara Cruz Benavidez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) The Court ordered Petitioner to reply to Respondents' Motion for Summary Judgment, (Dkt. 11), by April 10, 2026. (Dkt. 12.) In the Order, the Court required Petitioner to include information regarding the date of Petitioner's entry into the United States. (*Id.*) Petitioner filed a reply on April 10, 2026, addressing Respondents' arguments, but failing to include any information regarding the date of Petitioner's entry. (Dkt. 13.)

The Court **ORDERS** Petitioner to provide the information requested by the Court, specifically the date of Petitioner's entry into the United States by **April 15, 2026**. Petitioner is advised that failure to comply with the Court's Order may result in dismissal of the Habeas Petition.

IT IS SO ORDERED.

1 / 2

SIGNED this April 13, 2026.

_____
Diana Saldaña
United States District Judge